USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SHAEL CRUZ, on behalf of himself and  :
all others similarly situated,  :
   :
                                       Plaintiff,  :        1:20-cv-1671-GHW
   :
                 -v -  :        ORDER
   :
OLIVE & COCOA, LLC,  :
   :
                                 Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than May 26, 2020.  Dkt. No. 5.  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than May 29, 2020.  Plaintiff is directed to serve a copy of this order on Defendant, and to retain proof of service.

      SO ORDERED.

Dated:  May 27, 2020
                                                                         _____
                                                                         GREGORY H. WOODS
                                                                   United States District Judge