

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

May 27, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/20
```

**VIA ECF**
Hon. Judge Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   Cruz v. Olive & Cocoa, LLC.; Civil Action No. 1:20-cv-01671-GHW

Dear Judge Woods,

The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for Tuesday, June 2, 2020 at 10:00 a.m. It is now May 27, 2020 and Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Olive & Cocoa, LLC and will promptly be moving the Court for a Default Judgement in accordance with its Individual Rules.

In light of the above, the undersigned requests that the May 27th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 21 days in which to both obtain said Certificate of Default and present the Court with an Order to Show Cause for default judgment.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

The initial pretrial conference scheduled for June 2, 2020 is adjourned *sine die*. The Court expects Plaintiff to initiate default proceedings by no later than June 23, 2020. Plaintiff is directed to comply with the Court's Individual Rules of Practice in connection with any application for an order to show cause for default judgment. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of such service.
SO ORDERED.

DATED: May 28, 2020

_____
GREGORY H. WOODS
United States District Judge